UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
Building Service 32BJ Health Fund, :
Massachusetts Service Employees :
Pension Fund, :
: 20-CV-8131 (PAC)
*Plaintiffs*, :
:
-*against*- : **ORDER**
:
Hi-Rise Building Service, Inc., :
:
*Defendant*. :
:
------------------------------------------------------------X

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and for the reasons stated on the record during the March 16, 2021 conference, the Court orders that service be made within 45 days or by April 30th, 2021.

Dated: New York, New York  
       March 16, 2021

SO ORDERED

*/s/ Paul A. Crotty*

PAUL A. CROTTY  
United States District Judge

1